### 46282.  BROWN v. THE STATE.

PANNELL, Judge. The defendant appellant was tried and convicted of the offense of driving an automobile without a license. His motion for new trial on the general grounds was overruled and he entered his appeal to this court. *Held:*

The evidence was sufficient to authorize the verdict. There was no error in overruling the motion for new trial.

*Judgment affirmed. Bell, C. J., and Deen, J., concur.*

SUBMITTED JUNE 1, 1971—DECIDED JULY 14, 1971.

Hollis B. Johnson, for appellant.
Henry C. Head, Solicitor, for appellee.